# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2026

**BY ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    **United States v. Jessy Castro**
       **21 Cr. 798 (LTS)**

Dear Judge Swain:

On behalf of the parties, I write to respectfully request an adjournment of the VOSR conference currently scheduled for June 23, 2026 to July 28, 2026 at 2:30 pm, when I understand the Court and all parties are available. The parties request this adjournment to allow Mr. Castro's state case – next scheduled for July 15, 2026 – to proceed and possibly resolve and for the parties to discuss a potential resolution of the specifications contained in the Violation Report.

Respectfully Submitted,

/s/

Amy Gallicchio
Assistant Federal Defender
(917) 612-3274

CC: AUSA David Robles

The foregoing request is granted.  The conference currently scheduled for June 23, 2026, is hereby rescheduled to **Tuesday, July 28, 2026, at 2:30 PM.**  Docket entry no. 38 is resolved.

SO ORDERED.
June 15, 2026
/s/ Laura Taylor Swain, Chief USDJ