# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2026

**MEMO ENDORSED**

**BY ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    **United States v. Jessy Castro**
       **21 Cr. 798 (LTS)**

Dear Judge Swain:

On behalf of the parties, I write to respectfully request an adjournment of the VOSR conference currently scheduled for July 28, 2026, to September 10, 2026, at 11:00 am, when I understand the Court and all parties are available.

Respectfully Submitted,

*/s/ Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
(917) 612-3274

CC: AUSA David Robles

The foregoing request is granted.  The conference previously scheduled for July 28, 2026, is hereby rescheduled to **Thursday, September 10, 2026, at 11:00 AM**.  Docket entry no. 40 is resolved.

SO ORDERED.

June 30, 2026
/s/ Laura Taylor Swain, Chief USDJ