Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 2, 2026

**BY ECF**
The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**RE: United States v. Jessy Castro**
**21 Cr. 798 (LTS)**

Dear Judge Swain:

On behalf of the parties, I write to respectfully request that the VOSR conference currently scheduled for September 10, 2026, be adjourned to October 21, 2026, at 2:30 p.m., when I understand the Court and all parties are available.

The requested adjournment will allow Probation to prepare and submit an amended violation report and the parties to review it. It will also allow time for Mr. Castro's state case to proceed and for the parties to discuss a potential resolution of the specifications contained in the Violation Report.

Respectfully Submitted,

/s/ Amy Gallicchio
Amy Gallicchio
Assistant Federal Defender
(917) 612-3274

CC: AUSA David Robles

The foregoing request is granted. The conference previously scheduled for Thursday, September 10, 2026, is hereby adjourned to **Wednesday, October 21, 2026, at 2:30 PM.**

SO ORDERED.

September 3, 2026
/s/ Laura Taylor Swain, Chief USDJ